UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 99-CR-501-PCH

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**ELSA C. HINESTROSA,**
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Chris McAliley's Report and Recommendation (D.E. #107) regarding the Plaintiff's Motion for Reconsideration of Order Requiring the Return of Forfeited Currency (D.E. #56), Defendant's Motion to Expunge Record (D.E. #57) and Motion for Attorney's Fees (D.E. #63). Judge McAliley recommends that the Court grant the Plaintiff's Motion for Reconsideration, and deny Defendant's Motion to Expunge Record and Motion for Attorney Fees. The Court has independently reviewed the Report and Recommendation, the Motions, and the record. After that review, and having received no objections to Judge McAliley's Report and Recommendation, the Court concludes that the Report and Recommendation is affirmed and hereby adopted as the Court's order. Accordingly, the Plaintiff's Motion for Reconsideration of Order Requiring the Returned of Forfeited Currency is granted, and Defendant's Motion for Expunge Record and Motion for Attorneys' Fees are denied.

DONE and ORDERED in Chambers, Miami, Florida, September 07, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All counsel of record.

Case 1:99-cr-00501-PCH   Document 108   Entered on FLSD Docket 09/07/2010   Page 2 of 2